# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ANTHONY L. COOPER,**

      **Plaintiff,**

**v.**                                             **Case No. 4:16cv570-MW/GRJ**

**MEDICAL DIRECTOR, et al.,**

      **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 6.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to the 28 U.S.C. § 1915(g) three-strikes bar, and for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a)."

1

The Clerk shall close the file.

**SO ORDERED on October 29, 2016.**

**s/Mark E. Walker                     **
**United States District Judge**